AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ROBERTO LEE WILLIAMS ) | Case No: 96-185 |
| ) | USM No: |
| Date of Previous Judgment: 11/13/1997 ) | ELISA A. LONG |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **262** months is reduced to **210 MONTHS**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **11/13/1997** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/20/08

Effective Date: 5/30/08
(if different from order date)

*Donetta F. Ambrose*
Judge's signature

Donetta W. Ambrose, U.S. Chief District Judge
Printed name and title